```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF FLORIDA
                   PANAMA CITY DIVISION
```

IN RE:                                CASE NO. 07-50383-PCY5
                                      CHAPTER 13
HENRY MILTON BURKE, III


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.   The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

    2.   The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.   The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

    **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 386902 in the amount of 46.34 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                OFFICE OF THE CHAPTER 13 TRUSTEE
                                POST OFFICE BOX 646
                                TALLAHASSEE, FL 32302
                                ldhecf@earthlink.net
                                (850) 681-2734 "Telephone"
                                (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
HENRY MILTON BURKE, III      CHASE BANK, USA, N.A.
P.O. BOX 16743               CIRCUIT CITY PRIVATE LABEL
PANAMA CITY,  FL  32406      P.O. BOX 100018
                             KENNESAW, GA 30156-9104
AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
2/26/2010  1:58 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
```