```
               UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF FLORIDA
                   PANAMA CITY DIVISION
```

IN RE:                                CASE NO. 07-50383-PCY5
                                      CHAPTER 13
HENRY MILTON BURKE, III

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 392418 in the amount of 29.12 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
                              OFFICE OF THE CHAPTER 13 TRUSTEE
                              POST OFFICE BOX 646
                              TALLAHASSEE, FL 32302
                              ldhecf@earthlink.net
                              (850) 681-2734 "Telephone"
                              (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
HENRY MILTON BURKE, III        CHASE BANK, USA, N.A.
P.O. BOX 16743                 CIRCUIT CITY PRIVATE LABEL
PANAMA CITY, FL  32406         P.O. BOX 100018
                               KENNESAW, GA 30156-9104
AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
5/28/2010  2:58 pm / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
```