**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                    CASE NO. 07-50383-PCY5
                                          CHAPTER 13
HENRY MILTON BURKE, III


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

  **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

  1.  The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

  2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

  3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

  **WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 396135 in the amount of 29.12 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the

foregoing has been furnished by electronic filing or first

HENRY MILTON BURKE, III          CHASE BANK, USA, N.A.
P.O. BOX 16743                   CIRCUIT CITY PRIVATE LABEL
PANAMA CITY,  FL  32406          P.O. BOX 100018
                                 KENNESAW, GA 30156-9104
AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the

electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
7/30/2010  1:30 pm / CR_213          OFFICE OF CHAPTER 13 TRUSTEE